## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,** | ) |
| 124 Washington Place | ) |
| New York, NY 10014 | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) |
| | ) |
| **U.S. DEPARTMENT OF COMMERCE,** | ) |
| 1401 Constitution Ave NW | ) |
| Washington, D.C. 20230 | ) |
| | ) |
|     **Defendant.** | ) |

## COMPLAINT

1.      Plaintiff JIMMY TOBIAS brings this suit to force Defendant U.S. DEPARTMENT OF COMMERCE ("DOC") to comply with Plaintiff's FOIA requests for communications between senior officials at DOC and lobbyists or private industry groups regarding solar energy. In violation of FOIA, Defendant has failed to issue a determination, has failed to produce records responsive to the requests, and has failed to provide estimated dates of completion for the requests.

### PARTIES

2.      Plaintiff JIMMY TOBIAS is an independent reporter with *The Guardian* and *The Nation*, among other media outlets, and is the FOIA requester in this case.

3.      Defendant U.S. DEPARTMENT OF COMMERCE ("DOC") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

### JURISDICTION AND VENUE

4.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**APRIL 3, 2022 FOIA REQUEST (DON GRAVES SOLAR)**

6.      On April 3, 2022, TOBIAS submitted a FOIA request to DOC for "[a]ny and all written or electronic communications, including email attachments, between Deputy Secretary Don Graves and any officials, lobbyists, representatives, or other staffers or agents affiliated with the American Clean Power Association and/or the Solar Energy Industries Association.  This includes any communications between Graves and Katharine MacGregor, the former Interior DepSec and now a lobbyist."  TOBIAS limited the scope of the search to records that have been created since January 20, 2021.  Ex. 1 at 1.

7.      On April 4, 2022, DOC acknowledged receipt of the request and assigned reference number DOC-OS-2022-001218 to the request.  *Id.* at 2.

8.      On April 5, 2022, DOC assigned a new reference number DOC-IOS-2022-001218 to the request.  *Id.* at 2-3.

9.      On April 6, 2022, DOC granted the fee waiver.  *Id.* at 3.

10.     TOBIAS sought an estimated date of completion for the request on May 26, 2022.  *Id.* at 3.

11.     On May 26, 2022, DOC stated that "[t]he IOS FOIA analyst will be sending a status email."  *Id.* at 3.  No such email has been sent as of the date of this filing.

12.     On June 24, 2022, TOBIAS again sought an estimated date of completion for the request, and DOC never responded.  *Id.* at 3-4.

13.     As of the date of this filing, DOC has not issued a determination letter and has produced no records responsive to this request.  Nor has DOC complied with the statutory

requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

**APRIL 3, 2022 FOIA REQUEST (MARISA LAGO SOLAR INDUSTRY)**

14.     On April 3, 2022, TOBIAS submitted a FOIA request to DOC for "[a]ny and all written or electronic communications, including email attachments, between Under Secretary Marsia Lago and any officials, lobbyists, representatives, or other staffers or agents affiliated with the American Clean Power Association and/or the Solar Energy Industries Association.  This includes any communications between Lago and Katharine MacGregor, the former Interior DepSec and now a lobbyist."  TOBIAS limited the scope of the search to records that have been created since January 20, 2021.  Ex. 2 at 1.

15.     On April 4, 2022, DOC acknowledged receipt of the request and assigned reference number DOC-OS-2022-001217 to the request.  *Id.* at 2.

16.     On April 11, 2022, the International Trade Administration (ITA), a component of DOC, acknowledged the receipt of the request and assigned a new reference number DOC-ITA-2022-001217 to the request.  Ex. 3.

17.     Between April 14, 2022, and May 26, 2022, the parties conferred to clarify the search terms of the request.  Ex. 2 at 3.

18.     On May 26, 2022, in response to TOBIAS' inquiry on the estimated date of completion for the request, DOC stated that a "status email will be sent by the ITA analyst processing the request."  *Id.* at 4.   As of the date of this filing, no such email has been sent.

19.     TOBIAS sought another estimated date of completion for the request on June 24, 2022, and DOC never responded.  *Id.* at 4.

20.     As of the date of this filing, DOC has not issued a determination letter and has produced no records responsive to this request.  Nor has DOC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

### APRIL 26, 2022 FOIA REQUEST (MARISA LAGO AKIN GUMP)

21.     On April 26, 2022, TOBIAS submitted a FOIA request to DOC for "[a]ny and all written or electronic communications, including email attachments, between Under Secretary Marisa Lago and any lobbyists, lawyers, or other staffers associated with Akin Gump Strauss Hauer & Feld LLP."  TOBIAS limited the scope of the search to records that have been created since January 20, 2021.  Ex. 4 at 1.

22.     DOC assigned reference number DOC-OS-2022-001458 to the request.  *Id.* at 1.

23.     On May 26, 2022, ITA, a component of DOC, asked TOBIAS to provide "a list of individuals of Akin Gump Straus Hauer & Feld LLP" for the search.  *Id.* at 2.

24.     On May 27, 2022, TOBIAS provided the email domain "@akingump.com" for DOC's search.  *Id.* at 2.

25.     On May 27, 2022, DOC acknowledged receipt of the request, assigned a new reference number DOC-ITA-2022-001458 to the request, and granted TOBIAS' fee waiver.  Ex. 5.

26.     TOBIAS sought an estimated date of completion for the request on June 24, 2022.  *Id.* at 3.

27.     On June 24, 2022, DOC stated that the request is "being processed" and that it "cannot provide a completion date." *Id.* at 3.

28.     As of the date of this filing, DOC has not issued a determination letter and has produced no records responsive to this request.   Nor has DOC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### MAY 16, 2022 FOIA REQUEST (FARRELL SEIA)

29.     On May 16, 2022, TOBIAS submitted a FOIA request to DOC for "[a]ny and all written or electronic communications, including email attachments, between Deputy Under Secretary Diane Farrell and any officials, lobbyists, representatives, or other staffers or agents affiliated with the American Clean Power Association and/or the Solar Energy Industries Association.  This includes any communications between Lago[1] and Katharine MacGregor, the former Interior DepSec and now a lobbyist."  TOBIAS limited the scope of the search to records that have been created since January 20, 2020.  Ex. 6.

30.     On May 23, 2022, DOC acknowledged receipt of the request and assigned reference number DOC-ITA-2022-001641 to the request.  Ex. 7.

31.     On May 24, 2022, DOC stated that it needs additional information from TOBIAS to conduct the search.  Ex. 6 at 2.

32.     On June 1, 2022, the parties conferred on the phone to clarify the scope of this request.

33.     TOBIAS provided the email domain names "@cleanpower.org," "@seia.org," and "@fpl.com."  TOBIAS also provided the following additional keywords for the search: "China"; "Chinese"; "anti-dumping"; "solar industry"; "solar industries"; "trade rules"; "Uyghurs"; "Xinjiang"; "Cambodia"; "Malaysia"; "Thailand"; and "Vietnam."  The email correspondence that

---

[1] TOBIAS erroneously named "Lago" in the request when he meant to say "Farrell."

- 5 -

memorializes the phone conversation is attached as Exhibit 8.  All four FOIA requests referred in the email are at issue in this case.

34.     TOBIAS identified the following solar companies that are being probed to further assist DOC's search: JinkoSolar, JA Solar, LONGi Solar, Trina Solar, BYD, Hanwha Q Cells, Canadian Solar, SEIA, and Auxin Solar.  Ex. 8.

35.     TOBIAS sought an estimated date of completion for the request on June 25, 2022, and DOC never responded.  Ex. 6 at 3.

36.     As of the date of this filing, DOC has not issued a determination letter and has produced no records responsive to this request.  Nor has DOC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

**MAY 16, 2022 FOIA REQUEST (FARRELL AKIN GUMP)**

37.     On May 16, 2022, TOBIAS submitted a FOIA request to DOC for "[a]ny and all written or electronic communications, including email attachments, between Deputy Under Secretary Diane Farrell and any lobbyists, lawyers, or other staffers associated with Akin Gump Strauss Hauer & Feld LLP."  TOBIAS limited the scope of the search to records that have been created since January 20, 2020.  Ex. 9.

38.     On May 23, 2022, DOC acknowledged receipt of the request and assigned reference number 2022-ITA-2022-001642 to the request.  Ex. 10.

39.     On May 24, 2022, DOC stated that it needs additional information from TOBIAS to conduct the search. Ex. 9 at 2.

40.     On June 1, 2022, the parties conferred on the phone to clarify the scope of this request.

41.     TOBIAS provided the email domain name "@akingump.com."  TOBIAS also provided the following additional keywords for the search: "China"; "Chinese"; "anti-dumping"; "solar industry"; "solar industries"; "trade rules"; "Uyghurs"; "Xinjiang"; "Cambodia"; "Malaysia"; "Thailand"; and "Vietnam."  The email correspondence that memorializes the phone conversation is attached as Exhibit 8.  All four FOIA requests referred in the email are at issue in this case.

42.     TOBIAS identified the following solar companies that are being probed to further assist DOC's search: JinkoSolar, JA Solar, LONGi Solar, Trina Solar, BYD, Hanwha Q Cells, Canadian Solar, SEIA, and Auxin Solar.  Ex. 8.

43.     TOBIAS sought an estimated date of completion for the request on June 25, 2022, and DOC never responded.  Ex. 9 at 2.

44.     As of the date of this filing, DOC has not issued a determination letter and has produced no records responsive to this request.  Nor has DOC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

**MAY 16, 2022 FOIA REQUEST (LAGO SOLAR 2)**

45.     On May 16, 2022, TOBIAS submitted a FOIA request DOC for "[a]ny and all written or electronic communications, including email attachments, sent or received by Under Secretary Marisa Lago that contain one or more of the following key words and phrases: 'SEIA'; 'Xinjiang'; 'MacGregor'; 'ACPA'; 'JA Solar'; 'JinkoSolar'; 'Trina Solar'; 'Canadian Solar'; 'Hanwha Q Cells'; and/or 'Akin.'" TOBIAS limited the scope of the search to records that have been created since January 20, 2021.  Ex. 11.

46.     On May 23, 2022, DOC acknowledged receipt of the request and assigned reference number 2022-ITA-2022-001643 to the request.  Ex. 12.

47.     On May 24, 2022, DOC stated that it needs additional information from TOBIAS to conduct the search. Ex. 11 at 2.

48.     On June 1, 2022, the parties conferred on the phone to clarify the scope of this request.  During this call, TOBIAS excluded news clips from the search.  DOC agreed to conduct a search for potentially responsive records with the keywords provided in the original request.  The email correspondence that memorializes the phone conversation is attached as Exhibit 8.  All four FOIA requests referred in the email are at issue in this case.

49.     TOBIAS sought an estimated date of completion for the request on June 25, 2022, and DOC never responded.  Ex. 11 at 2.

50.     As of the date of this filing, DOC has not issued a determination letter and has produced no records responsive to this request.  Nor has DOC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

**MAY 16, 2022 FOIA REQUEST (FARRELL SOLAR 2)**

51.     On May 16, 2022, TOBIAS submitted a FOIA request DOC for "[a]ny and all written or electronic communications, including email attachments, sent or received by Deputy Secretary Diane Farrell that contain one or more of the following key words and phrases: 'SEIA'; 'Xinjiang'; 'MacGregor'; 'ACPA'; 'JA Solar'; 'JinkoSolar'; 'Trina Solar'; 'Canadian Solar'; 'Hanwha Q Cells'; and/or 'Akin.'" TOBIAS limited the scope of the search to records that have been created since January 20, 2021.  Ex. 13.

52.     On May 23, 2022, DOC acknowledged receipt of the request and assigned reference number 2022-ITA-2022-001644 to the request.  Ex. 14.

53.     On May 24, 2022, DOC stated that the request needs to be narrowed. Ex. 13 at 2.

54.     On June 1, 2022, the parties conferred on the phone to clarify the scope of this request.  During this call, TOBIAS excluded news clips from the search.  DOC agreed to conduct a search for potentially responsive records with the keywords provided in the original request.  The email correspondence that memorializes the phone conversation is attached as Exhibit 8.  All four FOIA requests referred in the email are at issue in this case.

55.     TOBIAS sought an estimated date of completion for the request on June 27, 2022, and DOC never responded.  Ex. 13 at 3.

56.     As of the date of this filing, DOC has not issued a determination letter and has produced no records responsive to this request.   Nor has DOC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

**COUNT I – APRIL 3, 2022 FOIA REQUEST (DON GRAVES SOLAR)**

57.     The above paragraphs are incorporated by reference.

58.     Defendant DOC and its components are federal agencies subject to FOIA.

59.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

60.     In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOC and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

**COUNT II – APRIL 3, 2022 FOIA REQUEST (MARISA LAGO SOLAR INDUSTRY)**

61.    The above paragraphs are incorporated by reference.

62.    Defendant DOC and its components are federal agencies subject to FOIA.

63.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

64.    In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOC and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

**COUNT III – APRIL 26, 2022 FOIA REQUEST (MARISA LAGO AKIN GUMP)**

65.    The above paragraphs are incorporated by reference.

66.    Defendant DOC and its components are federal agencies subject to FOIA.

67.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

68.    In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOC and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

**COUNT IV – MAY 16, 2022 FOIA REQUEST (FARRELL SEIA)**

69.    The above paragraphs are incorporated by reference.

70.    Defendant DOC and its components are federal agencies subject to FOIA.

71.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

72.     In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOC and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

**COUNT V – MAY 16, 2022 FOIA REQUEST (FARRELL AKIN GUMP)**

73.     The above paragraphs are incorporated by reference.

74.     Defendant DOC and its components are federal agencies subject to FOIA.

75.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

76.     In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOC and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

**COUNT VI – MAY 16, 2022 FOIA REQUEST (LAGO SOLAR 2)**

77.     The above paragraphs are incorporated by reference.

78.     Defendant DOC and its components are federal agencies subject to FOIA.

79.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

80.     In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOC and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

**COUNT VII – MAY 16, 2022 FOIA REQUEST (FARRELL SOLAR 2)**

81.     The above paragraphs are incorporated by reference.

82.     Defendant DOC and its components are federal agencies subject to FOIA.

83.   Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

84.   In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOC and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

**WHEREFORE,** TOBIAS asks the Court to:

    i.    declare that Defendant has violated FOIA;

    ii.    order Defendant to conduct a reasonable search for records responsive to the requests;

    iii.    order Defendant to produce all non-exempt requested records or portions of records promptly;

    iv.    enjoin Defendant from withholding non-exempt public records under FOIA;

    v.    award TOBIAS attorneys' fees and costs; and

    vi.    award such other relief the Court considers appropriate.

Dated:  July 20, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com